IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHYNA N. GILBERT, | : | |
| | : | |
| Plaintiff, | : | No. 3:19-cv-01286 |
| | : | |
| v. | : | (SAPORITO, M.J.) |
| | : | |
| ANDREW SAUL,[1] | : | |
| Commissioner of | : | |
| Social Security, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 20th day of August,, 2020, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall enter final judgement AFFIRMING the decision of the Commissioner of Social Security; and

2. The Clerk of Court shall CLOSE this case.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated:  August 20, 2020

---

[1] Andrew Saul was sworn in as Commissioner of Social Security on June 17, 2019. He is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security). The caption in this case is amended to reflect this change.